**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN RE: NOMINATION PETITION OF | : No. 242 EAL 2015 |
| STEPHANIE SINGER CANDIDATE FOR | : |
| OFFICE OF: PHILADELPHIA CITY | : |
| COMMISSIONER | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| PETITION OF: STEPHANIE SINGER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.